**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6753**

---

DUNCAN VICTOR AYEMERE IDOKOGI,

Petitioner - Appellant,

versus

JOHN ASHCROFT, Attorney General of the United States; JOHN JOSEPH CURRAN, JR., Maryland State Attorney General; CHARLES FELTS, Warden; BENEDICT I. FERRO, Baltimore INS District Director; CHRISTINE G. DAVIS, New Orleans INS District Director; U.S. IMMIGRATION & NATURALIZATION SERVICE,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-02-718-L)

---

Submitted: September 5, 2002      Decided: September 10, 2002

---

Before MOTZ, KING, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Duncan Victor Ayemere Idokogi, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Duncan Victor Ayemere Idokogi seeks to appeal the district court's orders transferring his 28 U.S.C. § 2254 (2000) petition, which the district court construed as a 28 U.S.C. § 2241 (2000) petition, to the United States District Court for the Western District of Louisiana, and denying reconsideration. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order. See Technosteel, L.L.C. v. Beers Constr. Co., 271 F.3d 151, 153-54 & n.2 (4th Cir. 2001).

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2